# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>THOMAS WALTER ANDERSON,<br><br>　　　　　　　　　Defendant. | CR-03-23-GF-BMM<br><br>**ORDER** |

Defendant Thomas Walter Anderson has moved for early termination of his current term of supervised release. (Doc. 41.) The Government does not oppose the motion. (Doc. 41 at 1-2.) The Court conducted a hearing on the motion on April 22, 2020. For the reasons below, the Court will grant Anderson's motion.

Anderson pleaded guilty to Conspiracy to Distribute Methamphetamine and Possession of a Firearm. (Doc. 42 at 2.) The Court sentenced Anderson to 130 months on the conspiracy charged and 60 months run consecutively on the firearm charge to be followed by five years of supervised release. (*Id.* at 2.) The Court reduced Anderson's sentence under 18 U.S.C. § 3582(c)(2) from 130 months to 120 months with the 60 months to still run consecutively. (*Id.*) Anderson's supervised release began on July 22, 2016. (*Id.*) Anderson's probation officers have indicated that Anderson has complied with all of his supervision conditions. (*Id.* at 2-3.)

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interests of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The record reflects that Anderson has complied with his supervision conditions. Anderson has demonstrated that he is able to conform his conduct to the law. Anderson has obtained steady employment and has changed his lifestyle to address the Court's obligations. Anderson does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 41) is **GRANTED**.

DATED this 24th day of April, 2020.

_____
Brian Morris, Chief District Judge
United States District Court